UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| dbest Products, Inc. | CASE NUMBER |
| --- | --- |
| v.  PLAINTIFF(S) | 2:25-cv-04606-AB (JCx) |
| Zhejiang Xinmao Plastie Industry Company, Ltd.  DEFENDANT(S). | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES) |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

_June 20, 2025_    _Michelle Williams Court_ _(signature)_
Date    United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____    _____
Date    United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case _2:24-cv-10694-MWC (JCx)_ and the present case:

☑ A.  Arise from the same or closely related transactions, happenings or events; or
☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___N/A___ to Magistrate Judge ___N/A___.

On all documents subsequently filed in this case, please substitute the initials ___MWC___ after the case number in place of the initials of the prior judge, so that the case number will read ___2:25-cv-04606-MWC (JCx)___. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-34 (03/21)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01  (Related Cases)